**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-2669 |
| Plaintiff - Appellee, | D.C. No. 2:17-cr-00064-KJD-EJY-1 |
| v. | |
| JACK WILLIAM MORGAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted December 17, 2025[**]

Before:     PAEZ, CHRISTEN, and KOH, Circuit Judges.

Jack William Morgan appeals pro se from the district court's orders denying his motions for compassionate release and for a sentence reduction under Amendment 821 to the Guidelines. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

As the government argues, and Morgan does not dispute, Morgan did not file his notice of appeal within 14 days of the district court's orders. Thus, his appeal is untimely. *See* Fed. R. App. P. 4(b)(1)(A).

Even if timely, Morgan has not established any abuse of discretion in the district court's denial of compassionate release. *See United States v. Keller*, 2 F.4th 1278, 1284 (9th Cir. 2021). Moreover, the district court correctly concluded that Morgan is ineligible for a sentence reduction under Amendment 821 because he did not receive status points at sentencing and he does not qualify for the adjustment for zero-point offenders. *See* U.S.S.G.§ 4C1.1(a)(4).

**AFFIRMED.**

25-2669